IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00167-MEH

TRIZETTO CORPORATION,

     Plaintiff,

v.

HEALTHEDGE SOFTWARE, INC.,

     Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2015.**

     Before the Court is Defendant's Notice of Withdrawal of its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) (docket #27). In light of this Notice, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) [filed March 3, 2015; docket #11] is **withdrawn**, and Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery [filed March 30, 2015; docket #21] is **denied as moot**. The Court accepts Defendant's Answer as filed on April 10, 2015.