IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00167-MEH | Date: | November 19, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                     *Counsel:*

TRIZETTO CORPORATION                                                Gianni Cutri

    Plaintiff,

v.

HEALTHEDGE SOFTWARE, INC.                                     George Scott

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SUPPLEMENTAL SCHEDULING CONFERENCE**

---

**Court in session:   9:47 a.m.**

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Final Pretrial Conference:   January 9, 2017 at 10:00 a.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**ORDERED:**   [43] Motion to Compel Production of Documents by Plaintiff is GRANTED IN PART AND DENIED IN PART.   The defendants are to produced the documents as stated on the record.   Attorney's fees are denied.

**Court in recess:   10:25 a.m.        (Hearing concluded)**
**Total time in Court: 0:38**

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.