IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00167-MEH

TRIZETTO CORPORATION,

    Plaintiff,

v.

HEALTHEDGE SOFTWARE, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2015.**

    For good cause shown, the Joint Motion for Entry of Agreed Protective Order [filed November 25, 2015; docket #47] is **granted**. The proposed Agreed Protective Order is accepted and filed contemporaneously with this minute order.